No. 25-11293-HH

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

DALE CLAR,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 6:13-CR-245-GAP-RMN-1

# JOINT STATUS REPORT

CHARLES L. PRITCHARD, JR.
Federal Public Defender

LAURA ANNE FERRO
Research and Writing Attorney
Office of the Federal Public Defender
Middle District of Florida
2085 W. First St., Ste. 300
Fort Myers, FL 33901
(239) 334-0397

*Counsel for Dale Clar*

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USAO No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

*Counsel for United States*

September 30, 2026

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v. No. 25-11293-HH

DALE CLAR,
*Defendant-Appellee*

## Joint Status Report

The parties respectfully submit this joint status report in accordance with the Court's June 6, 2025, order staying this appeal.

1. The Court stayed this appeal pending *United States v. Rizo*, No. 24-11349 (11th Cir.), and *United States v. Elie*, No. 24-11813 (11th Cir.)—two fully briefed appeals that raise the same dispositive legal issues as those in this appeal.

2. The Court directed the parties to file a written status report every 60 days regarding the purpose of the stay.

3. The Supreme Court granted certiorari in 2024 in two consolidated cases—*Rutherford v. United States*, No. 24-820, and *Carter v. United States*, No. 24-860—that likewise involved the validity of United States Sentencing Guideline § 1B1.13(b)(6) ("Unusually Long Sentence"), which is a dispositive legal issue in *Rizo*, *Elie*, and this appeal. The Court issued its opinion in *Rutherford* and

*Carter* on May 28, 2026, affirming the lower court's ruling that guideline 1B1.13(b)(6) goes "beyond what Congress intended" by improperly categorizing nonretroactive statutory changes in the law as "extraordinary and compelling" reasons for compassionate release. *Rutherford v. United States*, __ U.S. __, 2026 WL 1485535, at *6 (May 28, 2026).

5. In Mr. Clar's case, the district court granted compassionate release under guideline 1B1.13(b)(6) based on a nonretroactive change in law, contrary to the Supreme Court's recent ruling in *Rutherford*. *See* Doc. 141 at 6–7.

6. *Rizo* and *Elie*, though, remain pending. After the Supreme Court ruled in *Rutherford*, this Court scheduled *Rizo* for oral argument on September 30, 2026 (today). And the Court recently continued the stay in *Elie*, at the parties' request, so they may continue to meet, confer, and discuss how that appeal should proceed.

7. Counsel for the United States and counsel for Mr. Clar likewise continue to discuss next steps in this appeal. We respectfully submit that this appeal should remain stayed, at least for the time being, to allow the parties to continue to meet and confer and for this Court to issue its decision in *Rizo*.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
Federal Public Defender

*/s/ Laura Anne Ferro*
LAURA ANNE FERRO
Research and Writing Attorney
Office of the Federal Public Defender
Middle District of Florida
2085 W. First St., Ste. 300
Fort Myers, FL 33901
(239) 334-0397
laura_ferro@fd.org

*Counsel for Dale Clar*

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

*/s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USAO No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
sean.siekkinen@usdoj.gov

*Counsel for United States*

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 338 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

## Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on September 30, 2026, to:

LAURA ANNE FERRO, ESQ.
Federal Public Defender's Office

*Counsel for Dale Clar*

*s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney